November 19, 2014

**VIA CM/ECF**

NORTON ROSE FULBRIGHT

Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
United States

The Honorable Sam Sparks
U.S. District Court, Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas  78701

**M. Scott Incerto**
**Head of Commercial Litigation, United States**
Direct line +1 512 536 4529
scott.incerto@nortonrosefulbright.com

Tel +1 512 474 5201
Fax +1 512 536 4598
nortonrosefulbright.com

Re:     St. Jude Medical S.C., Inc. v. Janssen-Counotte, 1:14-cv-00877-SS – Motions to Seal

Dear Judge Sparks:

On behalf of St. Jude Medical S.C., Inc. ("St. Jude") and in response to Your Honor's request, we consent to the public filing of the following pleadings.

- Plaintiff's Supplemental Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 31, Attachment 1); and

- Plaintiff's Supplemental Memorandum in Support of its Application for a Preliminary Injunction (Dkt. No. 32, Attachment 1).

St. Jude continues to request the sealing of the exhibits to each of these pleadings for the reasons set forth in the respective Motion to Seal

With respect to Defendant's pleadings, please note that Defendant's Supplemental Brief in Support of Her Motion to Dismiss and her Response in Opposition to Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 30, Attachment 2) includes, at pages 16 through 19, excerpts of testimony from the September 24, 2014 hearing on St. Jude's TRO Application.  St. Jude has moved to seal portions of the transcript on the ground that certain testimony – including the testimony quoted in Defendant's Supplemental Brief – encompassed a detailed discussion of St. Jude trade secrets (Dkt. No. 28).

Defendant's November 19, 2014 letter to Your Honor objects to sealing two pages of designated testimony based on a bald statement that there is "nothing secret about it."  This does not overcome St. Jude's motion to seal the hearing transcript, particularly given that Defendant never filed a brief in opposition to St. Jude's motion.  The pages at issue (Tr. 35-36) specifically address St. Jude's strategic market approach, including a specific product example, and as set out more fully in St. Jude's Motion, the testimony should be sealed.

We respectfully request that Defendant's Supplemental Brief not be filed unsealed in its present form.  Both St. Jude and Defendant have consented to the filing of Defendant's brief with the designated information redacted.

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.

41192796.1

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein.  Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

The Honorable Sam Sparks
November 19, 2014
Page 2

NORTON ROSE FULBRIGHT

Very truly yours,

/s/ M. Scott Incerto

M. Scott Incerto

MSI/cml

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Western District of Texas on this the 19th day of November, 2014, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

                                      /s/ M. Scott Incerto
                                      M. Scott Incerto