IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ST. JUDE MEDICAL S.C., INC.,
        Plaintiff,

-vs-

LOUISE MARIE JANSSEN-COUNOTTE,
        Defendant.

CAUSE NO.:
A-14-CA-00877-SS

### ORDER

BE IT REMEMBERED on the 19th day of October 2015, the Court held a hearing in the above-styled cause, and the parties appeared by and through counsel. The Court now confirms its oral announcements as follows:

IT IS ORDERED that the parties' Joint Motion for Entry of an Amended Confidentiality and Protective Order is GRANTED, excluding the disputed provisions which (1) permit Defendant Louise Marie Janssen-Counotte (Janssen) to view Ultrasensitive and Attorneys' Eyes Only information and (2) allow Janssen to disclose and discuss Plaintiff St. Jude S.C., Inc. (St. Jude S.C.)'s Confidential Information with in-house counsel for Biotronik, Inc.;

IT IS FURTHER ORDERED that St. Jude S.C.'s Opposed Motion to Extend Scheduling Order Deadlines to Serve Expert Report [#84] is DISMISSED AS MOOT based upon the parties' representation at the hearing that an agreement was reached.

SIGNED this the 30th day of October.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE