# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **ST. JUDE MEDICAL S.C., INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-00877-SS |
| | § | |
| **LOUISE MARIE JANSSEN-COUNOTTE,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT MOTION FOR ENTRY OF AMENDED CONFIDENTIALITY AND PROTECTIVE ORDER IN ACCORDANCE WITH THE COURT'S ORDER OF OCTOBER 30, 2015

Plaintiff St. Jude Medical S.C., Inc. and Defendant Louise Marie Janssen-Counotte hereby jointly move the Court to enter the attached Amended Confidentiality and Protective Order, and would show the Court as follows:

The Court previously resolved the disagreement between the parties regarding certain terms in the proposed amended protective order. Order of Oct. 30, 2015 [#95]. Attached is a proposed amended protective order, which simply effectuates and memorializes the Court's rulings in a single document. For the sake of clarity, and to ensure non-parties (such as the parties' respective experts) are correctly governed in their handling of classified information, the parties jointly ask the Court to enter the attached order.

Respectfully Submitted,

| | |
|---|---|
| */s/ M. Scott Incerto* | */s/ Charles W. Cohen* (by permission) |
| M. Scott Incerto | Lisa A. Paulson |
| Texas Bar No. 10388950 | Texas Bar No. 00784732 |
| scott.incerto@nortonrosefulbright.com | Shannon H. Ratliff |
| James I. Hughes | Texas Bar No. 16573000 |
| Texas Bar No. 24074453 | RATLIFF LAW FIRM, PLLC |
| james.hughes@nortonrosefulbright.com | 600 Congress Avenue Suite 3100 Austin, |
| NORTON ROSE FULBRIGHT US LLP | Texas 78701-2984 |
| 98 San Jacinto Boulevard, Suite 1100 | (512) 493-9600 |
| Austin, Texas 78701-4255 | (512) 493-9625 (fax) |
| | lpaulson@ratlifflaw.com |
| Layne E. Kruse | sratliff@ratlifflaw.com |
| Texas Bar No. 1742550 | |
| layne.kruse@nortonrosefulbright.com | -and- |
| Darryl W. Anderson | |
| Texas Bar No. 24008694 | Ned H. Bassen (Admitted Pro Hac Vice) |
| darryl.anderson@nortonrosefulbright.com | Charles W. Cohen (Admitted Pro Hac Vice) |
| NORTON ROSE FULBRIGHT US LLP | Jason C. Benton (Admitted Pro Hac Vice) |
| 1301 McKinney, Suite 5100 | Kathryn A. Coleman (Admitted Pro Hac Vice) |
| Houston, Texas 77010-3095 | HUGHES HUBBARD & REED LLP |
| | One Battery Park Plaza |
| *Counsel for Plaintiff St. Jude Medical S.C., Inc.* | New York, New York 10004 |
| | (212) 837-6000 |
| | (212) 422-4726 (fax) |
| | ned.bassen@hugheshubbard.com |
| | charles.cohen@hugheshubbard.com |
| | jason.benton@hugheshubbard.com |
| | kathryn.coleman@hugheshubbard.com |
| | |
| | *Counsel for Defendant Louise Marie Janssen-Counotte* |

Of counsel:

CLIFFORD CHANCE US LLP
Stephen M. Nickelsburg
(Admitted *Pro Hac Vice)*
Roni Bergoffen (Admitted *Pro Hac Vice*)
2001 K Street NW
Washington, DC 20006-1001

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of November, 2015, a true and correct copy of the foregoing has been sent to the following counsel of record via CM/ECF filing:

Lisa A. Paulson
Texas Bar No. 00784732
Shannon H. Ratliff
Texas Bar No. 16573000
RATLIFF LAW FIRM, PLLC
600 Congress Avenue Suite 3100 Austin,
Texas 78701-2984
(512) 493-9600
(512) 493-9625 (fax)
lpaulson@ratlifflaw.com
sratliff@ratlifflaw.com

-and-

Ned H. Bassen (Admitted Pro Hac Vice)
Charles W. Cohen (Admitted Pro Hac Vice)
Jason C. Benton (Admitted Pro Hac Vice)
Kathryn A. Coleman (Admitted Pro Hac Vice)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
(212) 422-4726 (fax)
ned.bassen@hugheshubbard.com
charles.cohen@hugheshubbard.com
jason.benton@hugheshubbard.com
kathryn.coleman@hugheshubbard.com

                                            /s/ *M. Scott Incerto*
                                            M. Scott Incerto